**RECEIVED**

JUL 1 1 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| REGINALD SOLOMON | CIVIL ACTION 11-2089 |
| VERSUS | JUDGE JAMES T. TRimble, JR. |
| ERIC HOLDER, JR., et al | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the magistrate judge previously filed herein, the Court concludes that the proposed findings and recommendation are correct under the applicable law.

Additionally, the Court notes the copy of the report and recommendation mailed April 12, 2012 to Mr. Solomon's last known address was returned to the Clerk of Court on April 25, 2012, marked "return to sender". More than thirty days have passed since April 25, 2012, but no correction to Plaintiff's address has been received by the Court. Therefore, dismissal for failure to prosecute under Local Rule 41.3W and Rule 41(b) of the Federal Rules of Civil Procedure is also appropriate. Accordingly,

IT IS ORDERED that the Respondent's motion to dismiss (Doc. No. 13) is GRANTED and Plaintiff's complaint is DISMISSED AS MOOT.

SIGNED on this ____11____ day of May, 2012, at Alexandria, Louisiana.

_____
JAMES T. TRimble, JR.
UNITED STATES DISTRICT JUDGE